In the Matter of ALBERT HARRIOTT, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, et al., Respondents.

Submitted March 28, 2016; decided May 5, 2016

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). The prior motion for leave to appeal made at the Appellate Division was untimely (*see* Arthur Karger, Powers of the New York Court of Appeals § 12:3 at 436-437 [3d ed rev 2005]).